IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES W. MEHR,            CV. 04-1511-HU

    Petitioner,            ORDER

  v.

GUY HALL,

    Respondent.

BROWN, Judge

    Petitioner's motion for voluntary dismissal (#27) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __1st___ day of December, 2005.

                                              __/s/ Anna J. Brown
                                              Anna J. Brown
                                              United States District Judge